FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELINDA MOTT, individually and on her own behalf and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BEIS LLC, <br><br> Defendant. | No. 2:26-CV-00072-SAB <br><br> **ORDER STAYING CASE; SETTING STATUS CONFERENCE** |

Before the Court is the Parties' Stipulated Motion to Stay Case, ECF No. 13. Plaintiff is represented by Michael C. Tackeff and Samuel J. Strauss. Defendant is represented by William P. Cole and Tyler S. Weaver. The motion was considered without oral argument.

The parties request the Court stay the proceedings in this matter pending the outcome of interconnected litigation in the Western District of Washington. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion to Stay Case, ECF No. 13, is **GRANTED**.

2. Defendant's Motion to Stay or in the Alternative Dismiss, ECF No. 11, is **DISMISSED WITH LEAVE TO RENEW**.

3. The above-captioned matter is **STAYED** pending further order of the

**ORDER STAYING CASE; SETTING STATUS CONFERENCE** #1

Court.

4.    A status conference is **SET** for **July 8, 2026,** at **10:00 a.m.** by videoconference. Counsel will be provided with separate call-in details by email from the Court's staff. The email will be sent one week before the hearing.

5.    The parties shall file a Joint Status Report **on or before July 1, 2026.**

**IT IS SO ORDERED**. The Clerk of Court is hereby directed to file this Order and provide copies to counsel.

**DATED** this 27th day of March 2026.



_____
Stan Bastian
Chief United States District Judge

**ORDER STAYING CASE; SETTING STATUS CONFERENCE  #2**