Tyler S. Weaver, WSBA #29413
ANGELI & CALFO LLC
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810
Email: tylerw@angelicalfo.com

William P. Cole (*pro hac vice*)
AMIN WASSERMAN GURNANI, LLP
515 South Flower St., 18th Floor
Los Angeles, CA 90071
Tel: 213-933-2330
Fax: 312-884-7352
Email: wcole@awglaw.com

*Attorneys for Defendant Beis, LLC*

THE HONORABLE STANLEY A. BASTIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELINDA MOTT, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BÉIS, LLC,<br><br>　　　　Defendant. | Case No. 2:26-cv-00072-SAB<br><br>JOINT STATUS REPORT |

JOINT STATUS REPORT - 1
CASE NO. 2:26-CV-00072-SAB

AMIN WASSERMAN GURNANI, LLP
515 S. Flower Street, 18th Floor
Los Angeles, CA 90071
Tel: 213-933-2330

Pursuant to the Court's Order Staying Case (Dkt. 14), Plaintiff Melinda Mott ("Plaintiff"), and Defendant Beis, LLC ("Defendant") (collectively, "the Parties") submit the following Joint Status Report:

On March 27, 2026, the Court stayed proceedings in this matter pending the resolution of an earlier-filed proposed class action pending against Defendant in the Western District of Washington: *Huong v. Beis, LLC*, No. 2:26-cv-00207-KKE (W.D. Wash.) (the "*Huong*" case). The Court directed the Parties to submit joint status reports regarding the status of the *Huong* case on or before July 1, 2026. (Dkt. 14.)

*Huong* remains pending. On January 25, 2026, pursuant to stipulation, the plaintiffs in *Huong* filed a First Amended Complaint. Defendant's response to the First Amended Complaint is due on July 9, 2026.

Plaintiff Melinda Mott's position is that the stay in this matter should be lifted because the *Mott* matter challenges certain emails that are not at issue in the *Huong* matter. *Compare* Huong Am. Compl. ¶ 15 (challenging single "Fraud Alert" email) with *Mott* Compl. at Ex. A (challenging five separate emails). Therefore, the resolution of the *Huong* matter will not dispose of all of the factual issue in *Mott*. In addition, three months after this Court granted a stay in the *Mott* matter, the *Huong* matter has not advanced past the pleading stage. Finally,

JOINT STATUS REPORT - 2
CASE NO. 2:26-CV-00072-SAB

**AMIN WASSERMAN GURNANI, LLP**
515 S. Flower Street, 18th Floor
Los Angeles, CA 90071
Tel: 213-933-2330

Plaintiff notes that the *Mott* and *Huong* matters collectively went to mediation, which was unsuccessful. Ms. Huong, by counsel, does not oppose the stay being lifted here and this case being litigated. Justice requires that Ms. Mott be allowed to litigate her claims without further delay.

Defendant's position is that the stay should remain in effect. On March 19, 2026, Defendant filed a Motion to Stay or, in the Alternative, Dismiss Plaintiff's Complaint (the "Motion"). (Dkt. 11.) Rather than oppose the Motion, Plaintiff stipulated to stay the case. (Dkt. 13.) When the Court ordered the case stayed, it dismissed Defendant's Motion with leave to renew. (Dkt. 14.) Defendant submits that nothing has changed and the Court's Order staying this case should remain in effect. At a minimum, the present stay should remain in effect until Defendant has been afforded an opportunity to refile a motion to stay and the Court has an opportunity to decide the motion. Defendant only agreed to take the Motion off calendar because Plaintiff stipulated to a stay.

//

//

//

//

//

JOINT STATUS REPORT - 3
CASE NO. 2:26-CV-00072-SAB

**Amin Wasserman Gurnani, llp**
515 S. Flower Street, 18th Floor
Los Angeles, CA 90071
Tel: 213-933-2330

Dated this 1st day of July 2026.

ANGELI & CALFO LLC

By: s/ Tyler S. Weaver
　　Tyler S. Weaver, WSBA #29413
　　701 Pike Street, Suite 1625
　　Seattle, WA 98101
　　Tel: 206-703-4810
　　tylerw@angelicalfo.com

AMIN WASSERMAN GURNANI, LLP

By: /s/ William P. Cole
　　William P. Cole (*pro hac vice*)
　　515 South Flower St., 18th Floor
　　Los Angeles, CA 90071
　　Tel: 213-933-2330
　　wcole@awglaw.com

　　*Attorneys for Defendant Beis, LLC*

STRAUSS BORRELLI

By: s/ Samuel J. Strauss
　　Samuel J. Strauss, WSBA #46971
　　980 N. Michigan Avenue, Suite 1610
　　Chicago, IL 60611
　　Tel: 872-263-1100
　　sam@straussborrelli.com

　　*Attorneys for Plaintiff*

JOINT STATUS REPORT - 4
CASE NO. 2:26-CV-00072-SAB

## CERTIFICATE OF SERVICE
(United States District Court)

I hereby certify that on the 1st day of July, 2026, I caused the electronic filing of the foregoing document, through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *William P. Cole*
William P. Cole

JOINT STATUS REPORT - 1
CASE NO. 2:26-CV-00072-SAB